**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 29, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00927-CV
_____

## IN RE PAS, INC., Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**151st District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2008-35337** |

## MEMORANDUM OPINION

On October 22, 2013, relator PAS, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to vacate a discovery order dated on or about June 3, 2013. Relator also filed an emergency motion for

temporary relief, requesting a stay of all proceedings in the court below pending our ruling on the petition for writ of mandamus.

Relator has not established that it is entitled to the extraordinary relief of mandamus. Accordingly, we deny relator's petition for writ of mandamus and emergency motion for temporary relief.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.